OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.26⁵
02 1W
0001401623 MAY. 08. 2015

PRESORTED
FIRST CLASS

5/6/2015
GUZMAN, JAMES EDWARD Tr. Ct. No. 849860-DER                    WR-31,922-17

This is to advise that the Court has denied without written order the application for writ of habeas corpus.

RELEASED FROM CUSTODY OF
HARRIS COUNTY SHERIFF'S OFFICE

Abel Acosta, Clerk

JAMES EDWARD GUZMAN

1EBN3B 77002